(b)(1)(A),MAG,LC3

# US District Court Electronic Case Filing System
## District of Utah (Northern)
### CIVIL DOCKET FOR CASE #: 1:22−cv−00010−JNP−JCB

| | |
|---|---|
| E. v. Anthem Blue Cross and Blue Shield et al | Date Filed: 01/18/2022 |
| Assigned to: Judge Jill N. Parrish | Jury Demand: None |
| Referred to: Magistrate Judge Jared C. Bennett | Nature of Suit: 791 Labor: E.R.I.S.A. |
| Cause: 29:1001 E.R.I.S.A.: Employee Retirement | Jurisdiction: Federal Question |

**Plaintiff**

**T. E.** represented by **Brian S. King**
*individually and on behalf of C.E. a minor*
BRIAN S KING PC
420 E SOUTH TEMPLE STE 420
SALT LAKE CITY, UT 84111
(801)532−1739
Email: brian@briansking.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brent J. Newton**
BRIAN S KING PC
420 E SOUTH TEMPLE STE 420
SALT LAKE CITY, UT 84111
(801) 532−1739
Email: brent@briansking.com
*ATTORNEY TO BE NOTICED*

**Samuel Martin Hall**
BRIAN S KING PC
420 E SOUTH TEMPLE STE 420
SALT LAKE CITY, UT 84111
801−532−1739
Email: samuel@briansking.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Anthem Blue Cross and Blue Shield** represented by **Angela Shewan**
JONES WALDO HOLBROOK & MCDONOUGH
170 S MAIN ST STE 1500
SALT LAKE CITY, UT 84101
801−521−3200
Email: ashewan@joneswaldo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy C. Houpt**
JONES WALDO HOLBROOK & MCDONOUGH

|   |   |
|---|---|
|   | 170 S MAIN ST STE 1500<br>SALT LAKE CITY, UT 84101<br>(801)521–3200<br>Email: thoupt@joneswaldo.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark D. Tolman**<br>JONES WALDO HOLBROOK & MCDONOUGH<br>170 S MAIN ST STE 1500<br>SALT LAKE CITY, UT 84101<br>(801)534–7232<br>Email: mtolman@joneswaldo.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Stoll Keenon Ogden** | represented by | **M. Christopher Moon**<br>JACKSON LEWIS<br>215 S STATE ST STE 760<br>SALT LAKE CITY, UT 84111<br>(801)736–3199<br>Email: chris.moon@jacksonlewis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Stoll Keenon Ogden PLLC Benefit Plan**<br>*the* | represented by | **M. Christopher Moon**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/18/2022 | Ï 1 | Case has been indexed and assigned to Judge Jill N. Parrish. Plaintiff T. E. is directed to E–File the Complaint  and cover sheet (found under Complaints and Other Initiating Documents) and pay the filing fee of $ 402.00 by the end of the business day.<br>NOTE: The court will not have jurisdiction until the opening document is electronically filed and the filing fee paid in the CM/ECF system.<br>Civil Summons may be issued electronically. Prepare the summons using the courts PDF version and email it to utdecf_clerk@utd.uscourts.gov for issuance. (nmt) (Entered: 01/18/2022) |
| 01/18/2022 | Ï 2 | COMPLAINT against Anthem Blue Cross and Blue Shield, Stoll Keenon Ogden, Stoll Keenon Ogden PLLC Benefit Plan (Filing fee $ 402, receipt number AUTDC–4222739) filed by T. E.. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet) Assigned to Judge Jill N. Parrish (King, Brian) (Entered: 01/18/2022) |
| 02/08/2022 | Ï 3 | CIVIL STANDING ORDER Signed by Judge Jill N. Parrish on 02/08/2022. (lwh) (Entered: 02/08/2022) |

| | | |
|---|---|---|
| 02/08/2022 | Ï 4 | ORDER REFERRING CASE to Magistrate Judge Jared C. Bennett under 28:636 (b)(1)(A), Magistrate to hear and determine all nondispositive pretrial matters. No attached document. Signed by Judge Jill N. Parrish on 02/08/2022. (lwh) (Entered: 02/08/2022) |
| 02/09/2022 | Ï 5 | ORDER TO PROPOSE SCHEDULE – Plaintiff must propose a schedule to defendant in the form of a draft Attorney Planning Meeting Report within the earlier of fourteen(14) days after any defendant has appeared or twenty−eight (28) days after any defendant has been served with the complaint. See order for additional instructions. Signed by Magistrate Judge Jared C. Bennett on 2/9/22. (alf) (Entered: 02/09/2022) |
| 02/15/2022 | Ï 6 | NOTICE OF ACKNOWLEDGMENT of Civil Standing Order 3 filed by Plaintiff T. E. (King, Brian) (Entered: 02/15/2022) |
| 02/17/2022 | Ï 7 | WAIVER OF SERVICE Returned Executed filed by T. E. as to Anthem Blue Cross and Blue Shield Waiver sent on 2/14/2022, answer due 4/15/2022. (King, Brian) (Entered: 02/17/2022) |
| 03/09/2022 | Ï 8 | WAIVER OF SERVICE Returned Executed filed by T. E. as to Stoll Keenon Ogden PLLC Benefit Plan Waiver sent on 2/14/2022, answer due 4/15/2022. (King, Brian) (Entered: 03/09/2022) |
| 03/09/2022 | Ï 9 | WAIVER OF SERVICE Returned Executed filed by T. E. as to Stoll Keenon Ogden Waiver sent on 2/14/2022, answer due 4/15/2022. (King, Brian) (Entered: 03/09/2022) |
| 04/07/2022 | Ï 10 | NOTICE of Appearance by M. Christopher Moon on behalf of Stoll Keenon Ogden, Stoll Keenon Ogden PLLC Benefit Plan (Moon, M.) (Entered: 04/07/2022) |
| 04/07/2022 | Ï 11 | Stipulated MOTION to Change Venue and Memorandum in Support *and to Extend Deadline to Respond to Complaint* filed by Defendant Anthem Blue Cross and Blue Shield. (Attachments: # 1 Text of Proposed Order) Motions referred to Jared C. Bennett. Attorney Angela Shewan added to party Anthem Blue Cross and Blue Shield(pty:dft)(Shewan, Angela) (Entered: 04/07/2022) |
| 04/07/2022 | Ï 12 | Motions No Longer Referred: 11 Stipulated MOTION to Change Venue and Memorandum in Support *and to Extend Deadline to Respond to Complaint*. (skd) (Entered: 04/07/2022) |
| 04/14/2022 | Ï 13 | MEMORANDUM DECISION granting 11 Motion to Change Venue and denying Motion to Extend Deadline to Respond to Complaint. The parties may move for such an extension in the transferee court. Signed by Judge Jill N. Parrish on 4/14/22. (alf) (Entered: 04/14/2022) |