# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| T.E., INDIVIDUALLY AND ON BEHALF OF C.E. A MINOR : : : **Plaintiff,** : : v. : : **ANTHEM BLUE CROSS AND BLUE SHIELD, STOLL KEENON OGDEN PLLC, AND THE STOLL KEENON OGDEN PLLC, BENEFIT PLAN** : : : : : : **Defendants.** : | Case No. 3:22-cv-00202-DJH-LLK<br><br>Judge David J. Hale<br><br>Magistrate Judge Lanny King |

## NOTICE OF PRO HAC VICE RENEWAL PAYMENT

Counsel of record for Defendants Stoll Keenon Ogden PLLC and Stoll Keenon Ogden PLLC, Benefit Plan, Donald P. Sullivan verifies that his Pro Hac Vice renewal payment pursuant to the Court's text order submitted on October 23, 2023 (ECF 69) has been paid as of the filing of this notice.

    Respectfully submitted,

    */s/ Donald P. Sullivan*

    Donald P. Sullivan
    JACKSON LEWIS P.C.
    50 California Street, 9th Floor
    San Francisco, CA 94111
    Telephone (415) 394-9400
    donald.sullivan@jacksonlewis.com

    Attorney for Defendants
    Stoll Keenon Ogden PLLC
    AND Stoll Keenon Ogden PLLC, Benefit Plan

2

## CERTIFICATE OF SERVICE

I certify that on October 25, 2023, the foregoing was filed electronically via the Court's authorized electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  */s/ Donald P. Sullivan*
                                                  Donald P. Sullivan
                                                  Attorney for Defendant
                                                  Stoll Keenon Ogden PLLC
                                                  Stoll Keenon Ogden PLLC, Benefit Plan

4865-6790-1066